A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: **CR 00-25 (4) JMR**

0641 - 0124 - 0382 - D

Manuel Olivarez, Jr.

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Manuel Olivarez, Jr.

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: James M. Rosenbaum, United States District Court Chief Judge.

Jackie Ellingson

(By) Jackie Ellingson, Deputy Clerk

January 24, 2006 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ________________________ Date of Arrest: ______________________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 2-23-06
ARRESTED BY USMS - McAllen, TX
U.S. MARSHAL
DISTRICT OF MINNESOTA

SCANNED
MAR 03 2006
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

DC Modified 12/08/04