Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

DOCKET NO. (Transferring Court)

0:00CR00025-004(JMR)

DOCKET NO. (Receiving Court)

M-06-154

United States District Court
Southern District of Texas
FILED

FEB 0 9 2006

Michael N. Milby, Clerk

| NAME AND LOCATION OF | DISTRICT | DIVISION |
|---|---|---|
| Manuel Olivarez Jr<br>Pharr, TX 78577 | MINNESOTA | |

NAME OF SENTENCING JUDGE

Honorable James M. Rosenbaum

| DATES OF SUPERVISION | FROM | TO |
|---|---|---|
| | 09/15/2005 | 09/14/2008 |

OFFENSE

Conspiracy to Distribute Marijuana

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the named above be transferred with the records of this Court to the United States District Court for the Southern District of Texas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of may be changed by the District Court to which this transfer is made without further inquiry of this Court.

January 24th 2006
Date

Chief United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ERN DISTRICT OF TEXAS

IT IS HEREBY ORDERED that jurisdiction of the above be accepted and assumed by this Court from and after the entry of this order.

2-9-06
Effective Date

United States District Judge